**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STEPHANIE SMITH,

    Plaintiff,

v.                                                                   Case No: 6:15-CV-00347

QS DAYTONA, LLC,

    Defendant.

_____/

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Before the court is the Joint Motion of Plaintiff Stephanie Smith and Defendant QS Daytona, LLC (Doc. 42) seeking: (1) preliminary approval of the Amended Settlement Agreement between Named Plaintiff, the putative class, and Defendant; (2) preliminarily certifying a class for settlement purposes; (3) approving the form and manner of notice to the class; and, finally (4) scheduling a fairness hearing for the final consideration and approval of the Parties' settlement. (Doc. 44). The Court has considered the Joint Motion, proposed settlement agreement, and the entire record of this case. The Motion will be granted, and the court hereby Orders as follows:

    1. <u>Incorporation of Definitions</u>. This Order incorporates by reference the definitions set forth in the Joint Motion for preliminary approval and the proposed settlement agreement, and all terms used herein shall have the same meaning as set forth in those filings.

    2. <u>Preliminary Approval of Proposed Settlement</u>. The Parties' Amended Settlement Agreement, including all exhibits thereto, is preliminarily approved as fair, reasonable, adequate, and within the range of reasonableness for preliminary settlement approval. The Court preliminarily finds that the Agreement resulted from extensive arm's length negotiations, and is

sufficient to warrant notice of the Settlement to persons in the Settlement Classes and a full hearing on the approval of the Settlement.

  3. <u>Class Certification for Settlement Purposes Only</u>. The parties seek certification of one settlement class based on Rule 23(b)(3) of the Federal Rules of Civil Procedure. Pursuant to Rule 23(c), the court conditionally certifies, for settlement purposes only, the following Settlement Class:

> <u>Improper Disclosure Class</u>: All applicants for employment with and employees of Defendant who executed an employment application containing a liability release, and for whom, on the basis of such form, Defendant procured or caused to be procured consumer reports, as defined by the FCRA, between March 5, 2013 through March 5, 2015.

In connection with this conditional certification, the Court makes the following preliminary findings for settlement purposes only:

  A. The Settlement Class of approximately 331 members appears to be so numerous that joinder of all members is impracticable;

  B. There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether this Settlement should be approved;

  C. Plaintiff's claims appear to be typical of the claims being resolved through the proposed settlement;

  D. Plaintiff appears to be capable of fairly and adequately protecting the interests of the Settlement Class Members in connection with the proposed settlement;

  E. Common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

        F.    Certification of the Settlement Class appears to be superior to other available methods for the fair and efficient resolution of the claims of the Settlement Classes.

4.    <u>Class Counsel</u>.  Based on the considerations in Rule 23(g), the Court appoints Luis A. Cabassa and Brandon J. Hill of Wenzel Fenton Cabassa, P.A. as Class Counsel for the Settlement Class.

5.    <u>Class Representative</u>.  Based on the findings above, the Court appoints Plaintiff Stephanie Smith as Class Representative for the Settlement Class, and grants Plaintiff an incentive award of $2,500.

6.    <u>Class Notice</u>.  The parties' Class Notice is approved for distribution in accordance with the schedule included in the Settlement Agreement.

7.    <u>Initial Motion for Fees and Expenses</u>.  Pursuant to Rule 23(h), Class Counsel is directed to file their motion for attorney fees and expenses within ten days after the mailing of the Class Notice.

8.    <u>Opt-Outs and Objections</u>.  Class Members shall have the right to either opt-out or object to this settlement pursuant to the procedures and schedule included in the Settlement Agreement.

9.    <u>Final Approval Hearing</u>.  A Final Approval Hearing is set for **January 20, 2016** at **9:00 AM** in Courtroom 5A, 401 West Central Boulevard Orlando, Florida 32801.  At that time, the Court will also consider Plaintiff's unopposed Motion for Attorney's Fees and Costs (Doc. 43).

10.    <u>Telephonic appearance by Defendant's Counsel at Hearing</u>.  Because Defendant's counsel is located out of state, he may appear telephonically for the final hearing.  Plaintiff's counsel shall appear in person.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 22, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties